IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-65-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | MOTION TO SEAL |
| VOLLIE EUGENE EDWARDS, SR. ) | |

Upon consideration of defendant's motion to seal the proposed sealed memorandum filed on 21 October 2014 in this matter at Docket Entry 35 and it appearing to the Court that there is good cause to grant the motion,

It is ORDERED that defendant's motion is GRANTED and that the document be sealed.

SO ORDERED this the **21** day of October 2014.

The Honorable James C. Dever, III
Chief United States District Judge