IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CR-65-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| VOLLIE EUGENE EDWARDS, SR. | ) |

## ORDER AND JUDGMENT OF FORFEITURE

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Vollie Eugene Edwards, Sr., on August 6, 2013, the following property is hereby forfeitable pursuant to 31 U.S.C. § 5317(c)(1), to wit: gross proceeds in the amount of $1,102,929.42.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed.R.Crim.P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Vollie Eugene Edwards, Sr., the United States is hereby AUTHORIZED to seize the above-stated currency, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In addition, as the currency is not available for seizure, JUDGMENT is entered for the amount of the gross proceeds, that is, $1,102,929.42, as allowed by Fed. R. Crim. P.

32.2(b)(2)(A). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order and Judgment shall become final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 24 day of October, 2014.

James C. Dever, III
Chief United States District Judge